UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDDIE A. OTERO,

                Petitioner,

v.

STATE OF WASHINGTON,

                Respondent.

Case No. C08-5666RJB

ORDER GRANTING I.F.P. APPLICATION

    Petitioner's application for leave to proceed *in forma pauperis* is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to petitioner.

    DATED this 28th day of November, 2008.

                            */s/ J. Kelley Arnold*
                            J. Kelley Arnold
                            United States Magistrate Judge

ORDER
Page - 1