UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDDIE OTERO,<br><br>                Petitioner,<br><br>   v.<br><br>STATE OF WASHINGTON,<br><br>                Respondent. | Case No. C08-5666RJB<br><br>ORDER GRANTING<br>RESPONDENT'S MOTION FOR<br>AN EXTENSION OF TIME |

This matter is before the court on respondent's motion for an extension of time to file a an answer to the petition (Doc. 13). After reviewing the motion and the remaining record, the court orders as follows.

(l) Respondent's motion for an extension of time is **GRANTED. The court grants respondent an extension until March 4, 2009, to file an answer to the petition.**

(2)    The Clerk shall direct copies of this Order to petitioner and to counsel for respondent.

DATED this 17th day of February, 2009.

                                       */s/ J. Kelley Arnold*
                                       J. Kelley Arnold
                                       United States Magistrate Judge