UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDDIE A. OTERO,

          Petitioner,

      v.

STATE OF WASHINGTON,

          Respondent.

CASE NO.  C08-5666RJB

ORDER

The Court, having reviewed the petition, the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

    (1)     The Court adopts the Report and Recommendation;

    (2)     The petition for writ of habeas corpus is DENIED; and

    (3)     The Clerk is directed to send copies of this Order to petitioner and to counsel for respondent.

    DATED this 30th day of June, 2009.

ROBERT J. BRYAN
United States District Judge

ORDER - 1