# United States District Court

WESTERN DISTRICT OF WASHINGTON

EDDIE A. OTERO

        v.

STATE OF WASHINGTON

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5666RJB

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The petition for writ of habeas Corpus is DENIED.

| July 2, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |